# No. 26-3514

### In the

# United States Court of Appeals
## for the Sixth Circuit

**ALISON KAREEM,**

*Plaintiff-Appellant*,

v.

**CUYAHOGA COUNTY BOARD OF ELECTIONS,**

**and**

**FRANK LaROSE, Ohio Secretary of State**

**and**

**MICHAEL C. O'MALLEY, Cuyahoga County Prosecuting Attorney,**

*Defendants-Appellees.*

**On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland
Case No. 1:20-CV-2457**

**UNOPPOSED MOTION OF APPELLANT FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

| | |
|---|---|
| Curt C. Hartman | Christopher P. Finney |
| THE LAW FIRM OF CURT C. HARTMAN | FINNEY LAW FIRM LLC |
| 7394 Ridgepoint Drive, Suite 8 | 4270 Ivy Point Blvd., Suite 225 |
| Cincinnati, Ohio   45230 | Cincinnati, Ohio 45245 |
| (513) 379-2923 | (513) 943-6655 |
| hartmanlawfirm@fuse.net | chris@finneylawfirm.com |

*Attorneys for Appellant Alison Kareem*

Appellant Aliison Kareem, by and through undersigned counsel, hereby requests, pursuant to Fed. App. R. 26, an extension of time in which to file the Appellant's Brief. *No prior extensions* have been sought or granted, and all opposing counsel have been consulted who indicated *no objection* to this requested extension. Ms. Kareem is requesting a 30-day extension such that the Brief will now be due on **September 9, 2026**.

In support hereof, undersigned counsel would indicate that, while the preparation of the Brief has been on-going, unforeseen demands of other clients and unanticipated matters have arisen, especially in the context of needing to address certain, short-notice, time-sensitive matters in the past weeks. As a result, the ability to finish such brief consistent with the current deadline has been frustrated. Such matters include the investigation and drafting of a federal civil rights complaint, as well as a motion for TRO/preliminary injunction in an election-related matter and in an effort to avoid being foreclosed by a later filing under the *Purcell* principle. Additionally, a separate short-notice matter arose recently for another client resulting in the recent drafting/filing a complaint which also included efforts to obtain a preliminary injunction. Both matters and the timing thereof were unforeseen and unanticipated. Those matters, as well as other, general firm matters, also unexpectantly diverted time and the requisite attention away from the drafting of the Brief in this case. Thus, as the requested extension

1

is tendered in good faith and sufficient good cause exists for the requested extension, the present motion should be granted.

Respectfully submitted,

*/s/ Curt C. Hartman*
Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 RIDGEPOINT DRIVE, SUITE 8
Cincinnati, Ohio   45230
(513) 379-2923
*hartmanlawfirm@fuse.net*

Christopher P. Finney
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio   45245
(513) 943-6655
*chris@finneylawfirm.com*

*Attorneys for Appellant Allison Kareem*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Brief was or will be served electronically on August 6, 2026, upon all counsel of record via the Sixth Circuit's electronic filing system.

*/ s/ Curt C. Hartman*
*Counsel for Appellant Alison Kareem*

2