**No. 26-3514**

In the

# United States Court of Appeals

## for the Sixth Circuit

**ALISON KAREEM,**

***Plaintiff-Appellant*,**

**v.**

**CUYAHOGA COUNTY BOARD OF ELECTIONS,**

**and**

**FRANK LAROSE, Ohio Secretary of State**

**and**

**MICHAEL C. O'MALLEY, Cuyahoga County Prosecuting Attorney,**

***Defendants-Appellees.***

**On Appeal from the United States District Court**
**for the Northern District of Ohio at Cleveland**
**Case No. 1:20-CV-2457**

**UNOPPOSED MOTION OF APPELLANT FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio 45230
(513) 379-2923
hartmanlawfirm@fuse.net

Christopher P. Finney
FINNEY LAW FIRM LLC
4270 Ivy Point Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
chris@finneylawfirm.com

*Attorneys for Appellant Alison Kareem*

Appellant Aliison Kareem, by and through undersigned counsel, hereby requests, pursuant to Fed. App. R. 26, an extension of time in which to file the Appellant's *Reply Brief*. *No prior extensions* have been sought or granted for the *Reply Brief*, and all opposing counsel have been consulted who indicated *no objection* to this requested extension. Ms. Kareem is requesting a 14-day extension such that the Brief will now be due on **December 14, 2026**.

In support hereof, undersigned counsel would indicate that, while the preparation of the *Reply Brief* has been on-going, certain unexpectant and short-notice post-election-related matters arose diverting attention from preparation of the brief and the timing is further hampered by the forthcoming long holiday weekend. As a result, the ability to finish such brief consistent with the current deadline has been frustrated. Those matters, as well as other general firm matters, also unexpectantly diverted time and the requisite attention away from the drafting of the *Reply Brief* in this case. As no party will be prejudiced by an extension and as opposing counsel have indicated no opposition to this rquest, and as the requested extension is tendered in good faith and sufficient good cause exists for the requested extension, the present motion should be granted.

Respectfully submitted,

*/s/ Curt C. Hartman*

Curt C. Hartman
THE LAW FIRM OF CURT C. HARTMAN
7394 RIDGEPOINT DRIVE, SUITE 8
Cincinnati, Ohio 45230
(513) 379-2923
*hartmanlawfirm@fuse.net*

Christopher P. Finney
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
*chris@finneylawfirm.com*

*Attorneys for Appellant Allison Kareem*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Brief was or will be served electronically on November 24, 2026, upon all counsel of record via the Sixth Circuit's electronic filing system.

*/ s/ Curt C. Hartman*
*Counsel for Appellant Alison Kareem*