**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 24, 2026

Mr. Christopher P. Finney
Finney Law Firm
4270 Ivy Pointe Boulevard
Suite 225
Cincinnati, OH 45245

Mr. Curt C. Hartman
The Law Firm of Curt C. Hartman
3478 Holly Ridge
Cincinnati, OH 45245

Mr. John F. Kerkhoff
Ms. Mathura Jaya Sridharan
Office of the Attorney General
of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Mr. Mark R. Musson
Cuyahoga County Prosecutor's Office
1200 Ontario Street
Eighth Floor Justice Center
Cleveland, OH 44113

Re: Case No. 26-3514
*Alison Kareem v. Cuyahoga County, OH Board of Elections, et al*
Originating Case No. 1:20-cv-02457

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **December 14, 2026**.

Sincerely,

s/Kelly Stephens

Appeal Case Manager: James
Direct Dial No. 5135647019